

**C**OURT OF **A**PPEALS FOR THE
**F**IRST **D**ISTRICT OF **T**EXAS AT **H**OUSTON

**O**RDER

Appellate case name:      In re Joyce Reece and Zachary Pettit

Appellate case number:   01-21-00685-CV

Trial court case number:  2017-49867

Trial court:                      281st District Court of Harris County

      Relators, Joyce Reece and Zachary Pettit, have filed a petition for a writ of mandamus. The Court requests a response to the petition from the real party in interest. **The response, if any, is due to be filed with this Court no later than 20 days of the date of this order.**

      It is so ORDERED.

Judge's signature:   ___/s/ April Farris_____
                ☑ Acting individually     ☐ Acting for the Court

Date:   ___December 23, 2021___